DAVID A. HUBBERT
Deputy Assistant Attorney General

CONNOR J. PESTOVICH (NM Bar 159189)
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Washington, D.C. 20044
Phone: 202-616-2378
Fax: 202-307-0054
Connor.Pestovich@usdoj.gov

*Attorney for the United States of America*

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARK LINN BRYAN; LORI BRYAN, a/k/a LORI MARTIN, individually and as trustee of the LORI M. BRYAN SEPARATE PROPERTY REVOCABLE TRUST; CENTRAL MORTGAGE COMPANY; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; STATE OF CALIFORNIA FRANCHISE TAX BOARD; PHONXAY KEOKHAM, San Joaquin County Treasurer-Tax Collector; CITIBANK SOUTH DAKOTA, N.A.; CHASE MANHATTAN BANK USA, N.A.,<br><br>Defendants. | No. 2:22-cv-01962-KJM-AC<br><br>**ORDER APPROVING LIEN PRIORITY STIPULATION BETWEEN UNITED STATES AND THE STATE OF CALIFORNIA FRANCHISE TAX BOARD** |

Plaintiff, the United States of America, and Defendant State of California Franchise Tax Board ("FTB"), have jointly filed a Lien Priority Stipulation between the United States and FTB (ECF No. 39) ("Stipulation") with regard to the real property at issue in this action ("Subject Property").

/////

Order                                                                 1

In consideration of the Parties' Stipulation and for good cause shown, the Court ORDERS:

(1) The Stipulation between the United States and FTB provides that FTB's interest in the Subject Property, by virtue of the state tax lien identified in paragraph 7 of the Stipulation is senior to and shall have priority over the United States' interest in the Subject Property by virtue of the federal tax liens identified in Paragraph 6 of the Stipulation and is hereby approved;

(2) If the Court permits the sale of the Subject Property, the United States shall submit to the Court a proposed order of sale consistent with the Stipulation;

(3) FTB agrees to be bound by the judgment in this case, which shall incorporate the terms of the Stipulation;

(4) The United States and FTB shall each bear their own costs and attorney's fees, except the costs incurred in selling the Subject Property, which are to be reimbursed from the proceeds of the sale of the Subject Property prior to satisfying the outstanding liens on the Subject Property; and

(5) FTB is excused from further participation in this action, including discovery, until, and if, the Court permits the sale of the Subject Property, unless the Court orders otherwise.

IT IS SO ORDERED.

DATED: February 8, 2023.

_____
CHIEF UNITED STATES DISTRICT JUDGE