DAVID A. HUBBERT
Deputy Assistant Attorney General

CONNOR J. PESTOVICH (NM Bar 159189)
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Washington, D.C. 20044
Phone: 202-616-2378
Fax: 202-307-0054
Connor.Pestovich@usdoj.gov

*Attorney for the United States of America*

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARK LINN BRYAN; LORI BRYAN, a/k/a LORI MARTIN, individually and as trustee of the LORI M. BRYAN SEPARATE PROPERTY REVOCABLE TRUST; CENTRAL MORTGAGE COMPANY; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; STATE OF CALIFORNIA FRANCHISE TAX BOARD; PHONXAY KEOKHAM, San Joaquin County Treasurer-Tax Collector; CITIBANK SOUTH DAKOTA, N.A.; CHASE MANHATTAN BANK USA, N.A.,<br><br>Defendants. | No. 2:22-cv-01962-KJM-AC<br><br>**ORDER APPROVING STIPULATION BETWEEN UNITED STATES, CENTRAL MORTGAGE COMPANY, AND MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. (MERS), AND DISMISSING MERS FROM CASE** |

Plaintiff, the United States of America, and Defendants Central Mortgage Company and Mortgage Electronic Registration Systems, Inc. ("MERS"), have jointly filed a Lien Priority and Interest in Subject Property Stipulation (ECF No. 53) ("Stipulation") with regard to the real property at issue in this action ("Subject Property").

Order                                                                1

In consideration of the Parties' Stipulation and for good cause shown, the Court ORDERS:

(1) MERS has disclaimed any interest in the Subject Property;

(2) Given that MERS has disclaimed any interest in the Subject Property, MERS is dismissed with prejudice from this case;

(3) The Stipulation provides that Central Mortgage Company's interest in the Subject Property, by virtue of the deed of trust identified in paragraph 7 of the Stipulation is senior to and shall have priority over the United States' interest in the Subject Property by virtue of the federal tax liens identified in Paragraph 6 of the Stipulation and is hereby approved;

(4) If the Court permits the sale of the Subject Property, the United States shall submit to the Court a proposed order of sale consistent with the Stipulation;

(5) Central Mortgage Company agrees to be bound by the judgment in this case, which shall incorporate the terms of the Stipulation;

(6) The United States, Central Mortgage Company, and MERS shall each bear their own costs and attorney's fees, except the costs incurred in selling the Subject Property, which are to be reimbursed from the proceeds of the sale of the Subject Property prior to satisfying the outstanding liens on the Subject Property; and

(7) Central Mortgage Company is excused from further participation in this action, including discovery, until, and if, the Court permits the sale of the Subject Property, unless the Court orders otherwise.

IT IS SO ORDERED.

Dated:  March 15, 2023.

CHIEF UNITED STATES DISTRICT JUDGE