1

2

3

4

5

6

7                              UNITED STATES DISTRICT COURT

8                       FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10   UNITED STATES OF AMERICA,              No.  2:22-cv-01962-DJC-AC

11                  Plaintiff,

12         v.                               ORDER TO SHOW CAUSE

13   MARK LINN BRYAN et al.,

14                  Defendants.

15

16         On October 30, 2023, Plaintiff United States of America filed a motion

17   requesting entry of default against Defendant Mark Linn Bryan ("Motion").  (ECF No.

18   124.)  Pursuant to Local Rules for this district, the deadline for Defendant to file an

19   opposition or statement of non-opposition was fourteen days after the Motion was

20   filed.  L.R. 230(c); *see also* Fed. R. Civ. P. 78.  Fourteen days have passed and

21   Defendant has failed to file an opposition, statement of non-opposition, or a request

22   for an extension of time to do so.

23         Accordingly, IT IS HEREBY ORDERED that within seven days of this order

24   Defendant must show cause in writing why the Court should not construe Defendant's

25   ////

26   ////

27   ////

28   ////

                                            1

failure to file a timely opposition as a non-opposition to Plaintiff's Motion and grant entry of default.  *See* Local Rule 230(c).

IT IS SO ORDERED.

Dated:   **December 12, 2023**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

2