UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff(s),<br>     v.<br>MARK LINN BRYAN, ET AL.,<br>    Defendant(s). | Case No.:  2:22-cv-01962-DJC-AC<br><br>**ORDER** |

On December 26, 2023, Plaintiff filed a Request for Remote Appearance at the Motion Hearing set for 1/4/2024.  *See* ECF No. 130.  Given the Defendant's objection to remote appearance, the Court is unable to assess whether all parties have access to reliable internet connections and the equipment necessary to facilitate a clear, uninterrupted video hearing.  Due to those reasons, and the Court's inability to host a hybrid hearing, Plaintiff's Request for Remote Appearance, ECF No. 130, is DENIED. All parties shall appear in person at the hearing as previously scheduled.

*///*

*///*

*///*

1

**IT IS SO ORDERED.**

Dated:  December 27, 2023

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE