UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>MARK LYNN BRYAN, et al.,<br><br>　　　　　Defendants. | No.  2:22-cv-1962 DJC AC<br><br><br>ORDER |

The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(19).

On March 7, 2024, the Magistrate Judge filed findings and recommendations herein which were served on all Parties and which contained notice to all Parties that any objections to the findings and recommendations were to be filed within twenty-one days.  (ECF No. 137.)  No Party has filed objections to the findings and recommendations.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the Magistrate Judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed March 7, 2024 (ECF No. 137) are ADOPTED in full;

1

2. The United States' Motion for Default Judgement Against Citibank South Dakota, N.A. and Chase Manhattan Bank USA, N.A. (ECF No. 126) is GRANTED;

3. Judgment is entered in favor of the United States of America against Chase Manhattan Bank USA, N.A., and that, pursuant to 26 U.S.C. § 7403(c), Chase Manhattan Bank USA, N.A. has no interest in the Subject Property and is not entitled to the proceeds of any sale of the Subject Property (defined in the United States' First Amended Complaint, ECF No. 76 at ¶¶ 1, 5-6);

4. Judgment is entered in favor of the United States of America against Citibank South Dakota, N.A., and that, pursuant to 26 U.S.C. § 7403(c), Citibank South Dakota, N.A. has no interest in the Subject Property and is not entitled to the proceeds of any sale of the Subject Property (defined in the United States' First Amended Complaint, ECF No. 76 at ¶¶ 1, 5-6); and

5. As the prevailing party, the United States is entitled to its costs under Fed. R. Civ. P. 54(d).

IT IS SO ORDERED.

Dated:   **May 1, 2024**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE