UNITED STATES DISTRICT COURT

FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CITIBANK SOUTH DAKOTA, N.A.<br><br>Defendant. | Case No.   2:22-cv-1962 DJC AC<br><br>**DEFAULT JUDGMENT** |

**IT IS ORDERED AND ADJUDGED** default judgment is hereby ENTERED against defendant **Citibank South Dakota, N.A.** in accordance with the Court's Order filed on 05/02/24.

May 3, 2024                                                                KEITH HOLLAND, CLERK

                                                                                         By: /s/ A. Benson , Deputy Clerk