UNITED STATES DISTRICT COURT

FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHASE MANHATTAN BANK USA, N.A.,<br><br>Defendant. | Case No.   2:22-cv-1962 DJC AC<br><br>**DEFAULT JUDGMENT** |

**IT IS ORDERED AND ADJUDGED** default judgment is hereby ENTERED against defendant **Chase Manhattan Bank USA, N.A.** in accordance with the Court's Order filed on 05/02/24.

May 3, 2024                                                                         KEITH HOLLAND, CLERK

                                                                                            By: /s/ A. Benson , Deputy Clerk