UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>   v.<br><br>MARK LINN BRYAN et al.,<br><br>       Defendants. | No.  2:22-cv-01962-DJC-AC<br><br><br>ORDER |

   Pending before the Court is Plaintiff United States of America's Motion to Stay. (ECF No. 149.)  This Motion is unopposed.

   In the Motion, Plaintiff indicates that the Parties have been discussing the possibility of resolving the case without further litigation and feel that resolution is possible. (*Id.* at 2.)  Accordingly, Plaintiff believes that imposing a stay will conserve both the Court's and the Parties' resources. (*Id.*)  Plaintiff asks for a ninety (90) day stay to complete any settlement discussions. (*Id.*)

   In accordance with the above, IT IS HEREBY ORDERED THAT:

   1. Plaintiff's Unopposed Motion to Stay (ECF No. 149), be GRANTED and that the hearing on said Motion, set for June 27, 2024, be VACATED;
   2. All other pending dates and deadlines be VACATED;
   3. This case be STAYED until August 29, 2024, to allow the Parties time to explore the possibility of resolving this case without further litigation; and

1

4. The Parties file a joint status report pursuant to this Court's Initial Case Management Order, available on Judge Calabretta's webpage, within fourteen (14) days after expiration of the stay.

Dated: May 24, 2024

*Daniel J. Calabretta*
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE