1

2

3

4

5

6

7

8              **UNITED STATES DISTRICT COURT FOR THE**

9                 **EASTERN DISTRICT OF CALIFORNIA**

10

11

12

13   UNITED STATES OF AMERICA,              Case No.:  2:22-cv-01962-DJC-AC

14        Plaintiff,

15        v.                                **ORDER**

16   MARK LINN BRYAN, ET AL.,

17        Defendant.

18

19          On September 24, 2024, the Court issued a Scheduling Order and granted the

20   parties fourteen (14) days to file objections.  (ECF No. 158.)  On October 8, 2024,

21   Defendant Mark Linn Bryan filed an Objection to the Court's Scheduling Order.  (ECF

22   No. 159.)  Defendant argued that he had not waived his demand for a jury trial.  *Id.*

23   On October 22, 2024, Plaintiff filed a Response to Defendant's Objection.  (ECF No.

24   162.)  Therein, Plaintiff conceded that Mr. Bryan is entitled to a trial by jury–but only on

25   the United States' claim to reduce his tax assessments to judgment.  Further, Plaintiff

26   argued that the remainder of the claims alleged in its First Amended Complaint, ECF

27   No. 76, are equitable, and therefore, preclude Mr. Bryan from asserting his right to a

28   jury trial as to those claims.  *Id.*

1    The Court agrees with Plaintiff's analysis, SUSTAINS IN PART Defendant's

2  Objection, ECF No. 159, and bifurcates the case.  Accordingly, the Court MODIFIES its

3  Scheduling Order, ECF No. 158, as follows:

4    1.  The Bench Trial set for 12/1/2025 is VACATED;

5    2.  A Jury Trial as to Plaintiff's claim to reduce tax assessments to judgment is

6        SET for 12/1/2025 at 8:30 AM in Courtroom 10 before District Judge Daniel

7        J. Calabretta.

8    3.  A Bench Trial as to the remainder of Plaintiff's claims is SET to immediately

9        follow the Jury Trial.

10

11    The remainder of the Court's Scheduling Order is unchanged.

12

13    IT IS SO ORDERED.

14

15  Dated:  October 30, 2024          /s/ Daniel J. Calabretta

16                                    THE HONORABLE DANIEL J. CALABRETTA
                                      UNITED STATES DISTRICT JUDGE
17

18

19

20

21

22

23

24

25

26

27

28