UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:22-cv-01962-DJC-AC |
| Plaintiff, | |
| v. | ORDER |
| MARK LINN BRYAN et al., | |
| Defendants. | |

Defendant Mark Linn Bryan has moved for leave to appeal this Court's Order denying his Amended Motion to Dismiss. (Mot. Interlocutory Appeal (ECF No. 166); *see also* Order (ECF No. 165).) Generally, a party may appeal only after final judgment. *Romoland Sch. Dist. v. Inland Empire Energy Ctr.*, 548 F.3d 738, 747 (9th Cir. 2008). In narrow circumstances, however, a district court has authority to certify a question for interlocutory appeal before final judgment. *See* 28 U.S.C. § 1292(b); *Couch v. Telescope, Inc.*, 611 F.3d 629, 633 (9th Cir. 2010). The party seeking certification of an interlocutory appeal bears the burden of establishing three elements: (1) the order involves a controlling question of law, (2) there is substantial ground for differences of opinion as to the question for which certification is sought, and (3) an immediate appeal may materially advance the ultimate resolution of litigation. 28 U.S.C. § 1292(b). "Certification under § 1292(b) requires the district court to expressly find in writing that all three § 1292(b) requirements are met."

1

*Couch*, 611 F.3d at 633.  Interlocutory appeals are granted "sparingly and only in exceptional cases."  *United States v. Woodbury*, 263 F.2d 784, 788 n.11 (9th Cir. 1959).

Defendant does not address any of section 1292(b)'s elements.  Rather, Defendant expresses disagreement with this Court's ruling and with this Court's decision to rule on his Amended Motion to Dismiss without a hearing.  (Mot. at 1–3.)  However, Defendant fails to identify any controlling question of law or explain why an immediate appeal would advance the litigation, and a "party's strong disagreement with a court's ruling is not" a "substantial ground for difference of opinion."  *Couch*, 611 F.3d at 633.  Accordingly, Defendant's Motion for Leave to File an Interlocutory Appeal will be denied.

**CONCLUSION**

Defendant's Motion for Leave to File an Interlocutory Appeal (ECF No. 166) is DENIED.

IT IS SO ORDERED.

Dated:  **December 6, 2024**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

DJC4 – Bryan22cv1962.MotInterlocAppeal

2