UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>MARK LINN BRYAN, et al.,<br><br>          Defendants. | No.  2:22-cv-01962-DJC-AC<br><br><br>ORDER |

Before the Court is Plaintiff's Motion for Leave to Amend the Complaint filed on May 14, 2025.  (ECF No. 188.)  Plaintiff seeks to amend the First Amended Complaint to add an additional Defendant, Uppal Farms, Inc. (*Id.* at 1.)  Uppal Farms is currently leasing the property, commonly known as 10301 Newfield Road, Lodi, CA 95240, which is the subject of this action. (*Id.*)  Plaintiff states that they became aware of this additional party via the deposition of Defendant Mark Linn Bryan on April 22, 2025. (*Id.* at 2.)

To date, no timely opposition or statement of non-opposition has been filed. Local Rule 230(c) requires any opposition must be filed no later than 14 days after the motion is filed.  *See* Local Rule 230(c).  Defendants' lack of opposition is construed by the Court as non-opposition to the motion.  *See* Local Rule 230(c).

Plaintiff has established their diligence, and good cause exists for Plaintiff to

1

amend the First Amended Complaint. *Johnson v. Mammoth Recreations, Inc.,* 975 F.2d 604, 609 (9th Cir. 1992). Plaintiff became aware of Uppal Farms' interest in the subject property on April 22, 2025. (*See* ECF No. 188.) Plaintiff did not receive the information needed to add Uppal Farms, Inc., until May 5, 2025. (*Id*.) Plaintiff seeks to amend the complaint to fully comply with 26 U.S.C. § 7403(b) which requires all parties claiming any interest in the property shall be made parties. *See* 26 U.S.C. § 7403(b); (ECF No. 188 at 2.) There is no evidence of bad faith, undue delay in litigation, or futility in seeking leave to amend the complaint to comply with the applicable statute.

  Accordingly, IT IS HEREBY ORDERED that the Plaintiff's second Motion for Leave to Amend the Complaint (ECF No. 188) is GRANTED. Within 5 days of this Order, Plaintiff should file the Proposed Second Amended Complaint on the docket for this action as the operative complaint. The hearing set for August 7, 2025, at 1:30 P.M. in Courtroom 7 is VACATED.

  IT IS SO ORDERED.

Dated:   **June 5, 2025**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE