STEVEN J. COTTRELL, SBN 70504
A Professional Law Corporation
125 North Pleasant Avenue
Lodi, CA 95240
Telephone: (209) 369-8212
Fax: (209) 369-5068
Email: office@sjcottrell.com

*Attorney for Defendant*
*Lori Bryan, a/k/a Lori Martin, individually and*
*as Trustee of the Lori M. Bryan Separate*
*Property Revocable Trust*

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:22-cv-01962-DJC-AC |
| Plaintiff, | |
| v. | **STIPULATION TO REOPEN DISCOVERY FOR LIMITED PURPOSE AND ORDER THEREON** |
| MARK LINN BRYAN; LORI BRYAN, a/k/a LORI MARTIN, individually and as trustee of the LORI M. BRYAN SEPARATE PROPERTY REVOCABLE TRUST; CENTRAL MORTGAGE COMPANY; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; STATE OF CALIFORNIA FRANCHISE TAX BOARD; PHONXAY KEOKHAM, San Joaquin County Treasurer-Tax Collector; CITIBANK SOUTH DAKOTA, N.A.; CHASE MANHATTAN BANK USA, N.A.; UPPAL FARMS, INC., | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between Connor J. Pestovich, attorney for Plaintiff; Steven J. Cottrell, attorney for Defendant, Lori Bryan; Mark Linn Bryan, in pro per; and Simran Sekhon, attorney for Defendant Uppal Farms, Inc.; that the Court may issue orders based upon the Stipulation of the parties as set forth below.

## STIPULATION

Discovery will be reopened for the limited purpose of allowing the deposition of Robert O. Hardwick and for any discovery related to any new parties that may be brought into this litigation through Plaintiff's motion to amend its complaint. Discovery shall remain open until August 29, 2025.

The dispositive motion deadline should be continued to September 26, 2025, to give the parties sufficient time to complete this limited discovery before any dispositive motions. The pretrial conference should be continued to January 22, 2026 and the trial should be continued to March 23, 2026.

Dated: June 16, 2025
/s/ Connor J. Pestovich
CONNOR J. PESTOVICH
Trial Attorney, Tax Division
U.S. Department of Justice
*Counsel for the United States of America*

Dated: June 16, 2025
/s/ Steven J. Cottrell
STEVEN J. COTTRELL
*Counsel for Defendant Lori Bryan a/k/a, Lori Martin, individually and as Trustee of the Lori M. Bryan Separate Property Revocable Trust*

Dated: June 17, 2025
/s/ Mark Linn Bryan
MARK LINN BRYAN, Defendant
In Pro Per

/ / / / /

/ / / / /

Dated: June 16, 2025                               */s/ Simran Sekhon*
                                                       SIMRAN SEKHON
                                                       *Counsel for Defendant Uppal Farms, Inc.*

## **ORDER**

In consideration of the parties' Stipulation and for good cause shown, the Court ORDERS:

The Stipulation between the United States and Defendants Mark Linn Bryan, Lori Bryan, and Uppal Farms, Inc., is hereby APPROVED. Discovery shall remain open until August 29, 2025. The dispositive motions, except motions for continuances, temporary restraining orders, or other emergency applications, shall be filed on or before September 25, 2025, and shall be noticed for hearing before Judge Calabretta on October 30, 2025, at 1:30 p.m. The Final Pretrial Conference, set for October 23, 2025, and the Jury Trial, set for December 1, 2025, are VACATED and RESET for January 29, 2026, at 1:30 p.m. and March 23, 2026, at 8:30 a.m., respectively.

Dated: June 17, 2025                           /s/ Daniel J. Calabretta
                                          THE HONORABLE DANIEL J. CALABRETTA
                                          UNITED STATES DISTRICT JUDGE