# UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.:  2:22-cv-01962-DJC-AC |
| Plaintiff, | |
| v. | **JUDGMENT IN A CIVIL CASE** |
| MARK LINN BRYAN, ET AL., | |
| Defendants. | |

This action came before the Court.  The issues have been tried, heard or decided by the judge as follows:

**IT IS ORDERED AND ADJUDGED** that judgment is hereby entered in accordance with the Court's Order, ECF No. 231, filed on December 17, 2025. Judgment is entered in favor of the United States of America and against Mark Linn Bryan for unpaid federal individual income taxes (Form 1040) for the tax years 2014–2017 (inclusive) in the amount of $356,468.77, as of January 9, 2026, less any additional credits according to proof, plus statutory interest and other statutory additions accruing after January 9, 2026.

ENTERED:  February 4, 2026                    Keith Holland, Clerk of Court

/s/ G. Michel
by G. Michel, Deputy Clerk

2
JUDGMENT IN A CIVIL CASE